Marie Maconey

Name and Address
1924 Trinity Ave
Walnut Creek, Calif. 94596

FILED

2015 JUL 23 A 10: 13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Marie Maconey Walker
1924 Trinity Ave
Walnut Creek, Ca. 94596

Plaintiff / Petitioner

VS.

Walnut Creek Police Dept.
Task Force Narco Division
Detectives - Narco Div.

Defendant / Respondent

Case No. C15-3394 EDL

Document Name:

Unwarranted Raid
Complaint

Walnut Creek P.D.
1666 North Main St.
Walnut Creek, Calif. 94596
(925) 943-5844

Marie Theresa Walker    7/23/15
(925) 360-0553

page 1

**Summary of complaint:**
(if necessary, attach more pages)

There were two unwarranted narcotics raids on my residence at 100 Kinross Dr. #18 @ Walnut Creek, Ca. in or about April 2014. I am 60 years old, and was having Mormon bible study at my house when one of the two full blown raids took place, dogs, battering-ram, guns, 9 officers, in search of some guy name Cris Escobar, who does'nt reside at my residence. I have no police record ever! I come from Boston. I will ask that the courts request names of detectives in charge, names of officers involved. My 14th Amendment Rights were trampled upon, we were frightened, and have witness, all documented.

Signature                                   Date

7-23-15

Dear Sir/Ma'am,

These two raids took place in April 2014 approximately, there about, and Walnut Creek detectives, (Narco Division) has full records of both incidents. I went to Walnut Creek P.D. 7-22-15 to get information, detectives supervising raids, officers names by swing shift Sgt. Hibbs. He was uncooperative, stand-offish, evasive, and would not assit me with obtaining any info on detectives names. I have about 9 witnesses to both raids including church personel, present during bible study at my residence when one raid occured.

Marie Theresa Walsh
7/23/15