UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MACONEY WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>WALNUT CREEK POLICE DEPARTMENT,<br><br>        Defendant. | Case No. 15-cv-03394-EDL<br><br>**REPORT AND RECOMMENDATION REGARDING PENDING MOTIONS; ORDER REASSIGNING CASE** |

This is a civil rights case brought by pro se Plaintiff Marie Maconey Walker against the Walnut Creek Police Department on July 23, 2015. On July 29, 2015, this Court granted Plaintiff's application to proceed in forma pauperis and ordered the issuance of summons and service. Plaintiff has also filed a "Motion to Request Trial By Jury" in which she states that she would "not like [her] case heard by a Magistrate Judge." Dkt. No. 9. The Court construes this motion as a declination to consent to a magistrate judge, and hereby reassigns the case to an Article III judge.

Plaintiff has also filed "Motion to Request Service of Process." Dkt. No. 7. This motion has been rendered moot by the Court's July 29, 2015 order regarding service of process and the Court recommends that it be denied as moot. In addition, Plaintiff has filed a "Motion to Release Detective's Names." Dkt. No. 8. This Court construes this as a premature discovery motion, and recommends that it be denied without prejudice.

Any party may serve and file specific written objections to this recommendation within fourteen (14) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); Civil Local Rule 72-3. Failure to file objections within the specified time may waive the right to appeal the District Court's order.

1    **IT IS SO RECOMMENDED.**

2    Dated:  July 30, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE MACONEY WALKER,

    Plaintiff,

    v.

WALNUT CREEK POLICE DEPARTMENT,

    Defendant.

Case No. 15-cv-03394-EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2015, I SERVED a true and correct copy(ies) of the attached report and recommendation; order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marie Maconey Walker
1924 Trinity Ave.
Walnut Creek, CA 94596

Dated: July 30, 2015

    Richard W. Wieking
    Clerk, United States District Court

By: *[signature]*
Stephen Ybarra, Deputy Clerk to the
Honorable ELIZABETH D. LAPORTE

3