IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE MACONEY WALKER,

    Plaintiff,

  v.

WALNUT CREEK POLICE DEPARTMENT,

    Defendant.

No. C 15-03394 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The undersigned has reviewed the report and recommendation of Magistrate Judge Elizabeth Laporte and hereby **ADOPTS** it in full. This is a civil rights case brought by *pro se* plaintiff Marie Maconey Walker against the Walnut Creek Police Department. After Judge Laporte granted plaintiff's application to proceed *in forma pauperis*, the case was reassigned to the undersigned judge. Plaintiff's "Motion to Request Service of Process" (Dkt. No. 7) is **DENIED AS MOOT**, as plaintiff's IFP application has been granted. Plaintiff's "Motion to Release Detective's Names" (Dkt. No. 8) and plaintiff's "Request for Depositions" (Dkt. No. 16) are premature discovery motions and are thus **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE