IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE MACONEY WALKER,

    Plaintiff,

  v.

WALNUT CREEK POLICE DEPARTMENT,

    Defendant.

 /

No. C 15-03394 WHA

**ORDER DENYING MOTION TO APPOINT COUNSEL**

In this civil rights case, *pro se* plaintiff Marie Walker has filed a motion for the appointment of counsel. Plaintiff has not pointed to any exceptional circumstances and at this early stage in the case, plaintiff's request is **DENIED**. Plaintiff is advised that helpful information is available online at http://cand.uscourts.gov/proselitigants and also in person at the legal help center. An appointment at the legal help center can be made by calling 415-782-9000, extension 8657.

**IT IS SO ORDERED.**

Dated: August 31, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE