IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MACONEY WALKER, | No. C 15-03394 WHA |
| Plaintiff, | |
| v. | |
| WALNUT CREEK POLICE DEPARTMENT, | **ORDER DISMISSING CASE** |
| Defendant. | |

In this civil rights action, *pro se* plaintiff Marie Walker alleged defendant Walnut Creek Police Department conducted an illegal search of her home. A previous order granted defendant's motion to dismiss, but provided that plaintiff could file a motion for leave to amend her complaint by October 29 (Dkt. No. 29). At the hearing on defendant's motion to dismiss, plaintiff stated that she would likely abandon her lawsuit and conceded that her former roommate had put her up to filing it in the first place. October 29 has come and gone and plaintiff has not filed anything. This case is therefore **DISMISSED FOR FAILURE TO PROSECUTE**. Judgment shall be entered separately.

**IT IS SO ORDERED.**

Dated: November 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE