IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE MACONEY WALKER,

    Plaintiff,

    v.

WALNUT CREEK POLICE DEPARTMENT,

    Defendant.

No. C 15-03394 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action for failure to prosecute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Walnut Creek Police Department and against plaintiff Marie Walker. The Clerk **SHALL PLEASE CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: November 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE